```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
           Plaintiff         )      1:02-cr-5161 REC
                             )
    v.                       )      NEW CASE NUMBER:
                             )
AHMAD MALVEAUX,              )      1:02-cr-5161 OWW
                             )
           Defendant         )      ORDER REASSIGNING CASE AND
_____)      DIRECTING SELECTION FROM "REC
                                    CRIMINAL CASE" DECK
```

A petition for violation having been filed by the probation officer as to the above-named defendant;

IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

IT IS FURTHER ORDERED that the reassignment be made from the "REC CRIMINAL CASE" deck.

IT IS SO ORDERED.

**Dated:   November 16, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

1